# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEVEN Z ENTERPRISES, INC.,** *et al.*, : | **CIVIL ACTION NOS. 2:17-CV-740** |
| : | **1:19-CV-85** |
| : | **(Chief Judge Conner)** |
| **Plaintiffs** : | |
| : | |
| **v.** : | |
| : | |
| **GIANT EAGLE, INC.,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 14th day of May, 2019, upon consideration of the motion (Doc. 16) by plaintiff Celtic Eagle, Inc. ("Celtic Eagle") to consolidate the above-captioned actions, and it appearing that defendant concurs fully therein, (see id. ¶ 6), it is hereby ORDERED that:

1. Celtic Eagle's motion (Doc. 16) to consolidate is GRANTED.

2. The above-captioned actions are CONSOLIDATED for all purposes.

3. The Clerk of Court is directed to CONSOLIDATE the case docketed as Civil Action No. 1:19-CV-85 into the case docketed as Civil Action No. 2:17-CV-740 and to CLOSE the case docketed as Civil Action No. 1:19-CV-85.

4. All future documents filed in these consolidated cases shall be filed to the case docketed as Civil Action No. 2:17-CV-740.

5. The case management conference scheduled for Tuesday, May 14, 2019, in Civil Action No. 1:19-CV-85 is CANCELLED.

6. The revised case management order (Doc. 163) entered on March 7, 2019, in Civil Action No. 2:17-CV-740 shall govern the conduct of discovery and contains the applicable deadlines and trial date for the consolidated matters. The briefing order (Doc. 170) entered on March 15, 2019, in the same action shall govern all motions filed in the consolidated matters.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania